NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HENRY P. MERCIER,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, Secretary of Veterans Affairs,**
*Respondent-Appellee.*

---

2013-7042

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 10-3384, Judge Alan G. Lance, Sr.

---

**JUDGMENT**

---

AMANDA R. PHILLIPS, Ropes & Gray LLP, of Boston, Massachusetts, argued for claimant-appellant.

WILLIAM J. GRIMALDI, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. On the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, SCOTT D. AUSTIN, Assistant Director, and MICHAEL P. GOODMAN, Trial Attorney. Of counsel on the brief were

MICHAEL J. TIMINSKI, Deputy Assistant General Counsel, and MARTIE ADELMAN, Attorney, United States Department of Veterans Affairs, of Washington, DC. Of counsel was DAVID J. BARRANS, Deputy Assistant General Counsel, United States Department of Veterans Affairs, of Washington, DC.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, MAYER, and O'MALLEY, *Circuit Judges*).

### AFFIRMED. *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| August 14, 2013 | /s/ Danel E. O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk |